IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; and INTERDIGITAL HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 13-010 (RGA) <br><br> JURY TRIAL DEMANDED |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Brian R. Nester of Sidley Austin LLP, 1501 K Street, N.W., Washington, D.C. 20006 and Richard A. Cederoth of Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, to represent defendant Nokia Inc. in this matter.

                                                                                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                                                                  */s/ Rodger D. Smith II*

                                                                                                                  Jack B. Blumenfeld (#1014)
                                                                                                                  Rodger D. Smith II (#3778)
                                                                                                 Jeremy A. Tigan (#5239)
                                                                                               1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mnat.com

*Attorneys for Defendants*

June 13, 2014

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Brian R. Nester and Richard A. Cederoth is granted.

Dated:_____     _____
                                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HACE VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, as admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/11/14

Brian R. Nester
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20006
(202) 736-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HACE VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, as admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: June 11, 2014

Richard A. Cederoth
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 13, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Michael A. Ladra, Esquire<br>Ethan Y. Park, Esquire<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Alfredo A. Perez de Alejo, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY  10022-4834<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Maximilian A. Grant, Esquire<br>Bert C. Reiser, Esquire<br>Jonathan D. Link, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC  20004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Gunnar B. Gundersen, Esquire<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA  92626-1925<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Julie M. Holloway, Esquire<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Aaron Perez-Daple, Esquire<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| David S. Steuer, Esquire<br>Michael B. Levin, Esquire<br>Maura L. Rees, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Larry L. Shatzer, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street, NW, Fifth Floor<br>Washington, DC 20006<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Lucy Yen, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael D. Stone, Esquire<br>Goutam Patnaik, Esquire<br>PEPPER HAMILTON LLP<br>Hamilton Square<br>600 Fourteenth Street, N.W.<br>Washington, DC 20005-2004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)