UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS INC., et al., | : : : |
| Plaintiffs, | : : |
| v. | C.A. No. 13-10-RGA : : |
| NOKIA CORPORATION, et al., | : : |
| Defendants. | : |

## ORDER

For the reasons stated in open court on July 10, 2014, IT IS HEREBY ORDERED that the Defendants' request for a stay (D.I. 271) is **DENIED**.

July 11, 2014
Date

United States District Judge