**Smith,
Katzenstein
& Jenkins LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P. O. Box 410
Wilmington, DE  19899
(Courier 19801)
Phone  (302) 652-8400
Fax (302) 652-8405
www.skjlaw.com

July 22, 2014

***By ECF and Hand Delivery***

The Honorable Richard G. Andrews
The District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware  19801

***Re:   InterDigital Comm., Inc. et al. v. Nokia et al. C.A. No. 13-00010 RGA***

Dear Judge Andrews:

The Nokia defendants have asserted an inequitable conduct defense in this action. The parties write jointly to advise the Court that they agree that this defense should be tried separately and to the Court, not to a jury, and to seek the Court's guidance on the schedule for such a proceeding. Plaintiff InterDigital believes that the defense can most efficiently be tried after verdict and as quickly as convenient for the Court after conclusion of post-trial briefing, which is governed by dates that are set by Court rule.  The Nokia Defendants believe that the defense can most efficiently be tried commencing when the jury begins deliberations.  The parties respectfully request an opportunity to discuss this scheduling matter with the Court, before the Pre-trial Conference on August 29, 2014, so that they can be prepared at the Pretrial Conference for trial as the Court envisions the issues to be decided.


Respectfully,

*/s/ Neal C. Belgam*

Neal C. Belgam (No. 2721)

cc:  Clerk of Court
     Counsel of Record