IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; and INTERDIGITAL HOLDINGS, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA INC., <br><br> Defendants/Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) C.A. No. 13-010 (RGA) ) ) ) ) ) ) |

**MICROSOFT MOBILE OY'S CROSS-MOTION TO SUBSTITUTE PARTIES UNDER FED. R. CIV. P. 25 OR ALTERNATIVELY TO DISMISS NOKIA CORP. AS A <u>NAMED PARTY ON COUNTERCLAIMS</u>**

Microsoft Mobile Oy ("MMO") hereby cross-moves to substitute MMO for Nokia Corporation in this action pursuant to Federal Rule of Civil Procedure 25(c), or alternatively to dismiss Nokia Corporation as a counterclaim plaintiff.

On April 25, 2014, Nokia Corporation sold its mobile telephone business to MMO, and Nokia Corporation's previously wholly-owned subsidiary (and named co-defendant and co-counterclaim plaintiff) Nokia Inc. became a subsidiary of MMO. On that basis, Plaintiffs have moved to add MMO as a named party here. MMO does not oppose that result, but because MMO's products are now the only products at issue in this action, and because MMO has assumed any conceivable Nokia Corporation liabilities arising out of, and counterclaims asserted in, this action, MMO should be substituted for Nokia Corporation on all pending claims. Accordingly, as set forth more fully in the accompanying brief, MMO respectfully cross-moves to substitute MMO for Nokia Corporation pursuant to Federal Rule of Civil Procedure 25(c). Alternatively, even if the Court does not fully substitute MMO for Nokia Corporation, Nokia

Corporation should be dismissed as a named counterclaim plaintiff because Nokia Corporation has transferred all of its interests in the pending counterclaims to MMO. As such, Federal Rule of Civil Procedure 17 requires that those counterclaims be prosecuted in the name of the real party in interest, MMO.

Pursuant to L.R. 7.1.1, MMO and Nokia Inc. certify that they have made reasonable efforts to reach agreement with InterDigital prior to filing this cross-motion. In particular, MMO and Nokia Inc., along with Nokia Corporation, conferred with InterDigital between April 24, 2014 and June 3, 2014, and again on July 1, 2014 regarding the bases for this motion to substitute parties in this litigation and the related proceedings in the International Trade Commission. Although MMO agreed to be added as a named party, Plaintiffs would not agree to the requested substitution. MMO and Nokia Inc. understand that Nokia Corporation will join in this opposition and counter-motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mnat.com

OF COUNSEL:

Brian R. Nester
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20006
(202) 736-8000

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Defendant Nokia Inc. and Non-Party Microsoft Mobile Oy*

July 22, 2014
8405172.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 22, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Michael A. Ladra, Esquire<br>Ethan Y. Park, Esquire<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Alfredo A. Perez de Alejo, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Maximilian A. Grant, Esquire<br>Bert C. Reiser, Esquire<br>Jonathan D. Link, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Gunnar B. Gundersen, Esquire<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Julie M. Holloway, Esquire     *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
*Attorneys for Plaintiffs*

Aaron Perez-Daple, Esquire     *VIA ELECTRONIC MAIL*
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
*Attorneys for Plaintiffs*

David S. Steuer, Esquire     *VIA ELECTRONIC MAIL*
Michael B. Levin, Esquire
Maura L. Rees, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiffs*

Larry L. Shatzer, Esquire     *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC 20006
*Attorneys for Plaintiffs*

Lucy Yen, Esquire     *VIA ELECTRONIC MAIL*
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
*Attorneys for Plaintiffs*

Michael D. Stone, Esquire     *VIA ELECTRONIC MAIL*
Goutam Patnaik, Esquire
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
*Attorneys for Plaintiffs*

 

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)