IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; and INTERDIGITAL HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 13-010 (RGA) ) ) ) ) ) |

**NOKIA CORPORATION'S JOINDER IN MICROSOFT MOBILE OY'S ANSWERING BRIEF IN RESPONSE TO PLAINTIFFS' MOTION TO ADD IT AND OPENING BRIEF IN SUPPORT OF ITS CROSS-MOTION TO SUBSTITUTE PARTIES UNDER FED. R. CIV. P. 25 OR ALTERNATIVELY TO DISMISS <u>NOKIA CORP. AS A NAMED PARTY ON COUNTERCLAIMS</u>**

Nokia Corporation hereby joins in MMO's response to Plaintiff's Motion to Join MMO and Cross-Motion to Substitute Parties Under Fed. R. Civ. P. 25 or Alternatively to Dismiss Nokia Corp. as a Named Party on Counterclaims.

Nokia Corporation no longer has an interest in this litigation. With respect to Nokia Corporation's status as a defendant, and as set forth in more detail in MMO's brief, MMO has acquired the business responsible for the accused products and agreed to assume all liabilities, past and future, arising from that business. Accordingly, there is no reason to keep Nokia Corporation as a named defendant with respect to the infringement allegations in this case. Furthermore, InterDigital's speculative argument regarding potential future products of Nokia Corporation has no bearing here, where discovery is closed and the scope of accused products is fixed and limited to products for which MMO is now responsible. There is no present case or controversy between the parties about any potential future Nokia Corporation product. To the

extent InterDigital speculates such a case or controversy might arise in the future, that would be for a future proceeding, and not a basis to needlessly complicate this action with Nokia Corporation's continued presence.

Lastly, Nokia Corporation no longer has an interest in pursuing the counterclaims presently pled in this action, which have been transferred to MMO.  Accordingly, Nokia Corporation should be removed as a counterclaim plaintiff as well.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
jtigan@mnat.com

OF COUNSEL:

Patrick J. Flinn
Mark A. McCarty
John D. Haynes
Matthew D. Richardson
ALSTON & BIRD
One Atlantic Center
1201 West Peachtree Street, Suite 4200
Atlanta, GA  30309
(404) 881-7000

*Attorneys for Defendant Nokia Corporation*

July 22, 2014
8405784.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 22, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Michael A. Ladra, Esquire<br>Ethan Y. Park, Esquire<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Alfredo A. Perez de Alejo, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Maximilian A. Grant, Esquire<br>Bert C. Reiser, Esquire<br>Jonathan D. Link, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Gunnar B. Gundersen, Esquire<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Julie M. Holloway, Esquire                                          VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
*Attorneys for Plaintiffs*

Aaron Perez-Daple, Esquire                                          VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606
*Attorneys for Plaintiffs*

David S. Steuer, Esquire                                            VIA ELECTRONIC MAIL
Michael B. Levin, Esquire
Maura L. Rees, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Plaintiffs*

Larry L. Shatzer, Esquire                                           VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI
1700 K Street, NW, Fifth Floor
Washington, DC  20006
*Attorneys for Plaintiffs*

Lucy Yen, Esquire                                                   VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
*Attorneys for Plaintiffs*

Michael D. Stone, Esquire                                           VIA ELECTRONIC MAIL
Goutam Patnaik, Esquire
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC  20005-2004
*Attorneys for Plaintiffs*


                                                    */s/ Rodger D. Smith II*
                                                    Rodger D. Smith II (#3778)

2