IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; IPR LICENSING, INC.; and INTERDIGITAL HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 13-010 (RGA) ) ) ) ) ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Dan K. Webb of WINSTON & STRAWN LLP, 35 W. Wacker Drive, Chicago, Illinois 60601-9703, to represent defendant Nokia Inc. and Non-Party Microsoft Mobile Oy in this matter.

                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                 */s/ Rodger D. Smith II*

                 _____
                 Jack B. Blumenfeld (#1014)
                 Rodger D. Smith II (#3778)
                 Jeremy A. Tigan (#5239)
                 1201 North Market Street
                 P.O. Box 1347
                 Wilmington, DE 19801
                 (302) 658-9200
                 jblumenfeld@mnat.com
                 rsmith@mnat.com
                 jtigan@mnat.com

                 *Attorneys for Defendants Nokia Inc. and Non-Party Microsoft Microsoft Mobile Oy*

July 31, 2014
8425710.1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Dan K. Webb is granted.

Dated: _____     _____
                                                                                     United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: _____7/31/14_____         _____/s/ Dan K. Webb_____
                                    Dan K. Webb
                                    Winston & Strawn LLP
                                    35 W. Wacker Drive
                                    Chicago, Illinois 60601-9703
                                    312-558-5600

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 31, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>800 Delaware Avenue, Suite 1000<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ron E. Shulman, Esquire<br>Michael A. Ladra, Esquire<br>Ethan Y. Park, Esquire<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Alfredo A. Perez de Alejo, Esquire<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Maximilian A. Grant, Esquire<br>Bert C. Reiser, Esquire<br>Jonathan D. Link, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Gunnar B. Gundersen, Esquire<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Julie M. Holloway, Esquire<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Aaron Perez-Daple, Esquire<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL  60606<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| David S. Steuer, Esquire<br>Michael B. Levin, Esquire<br>Maura L. Rees, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Larry L. Shatzer, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>1700 K Street, NW, Fifth Floor<br>Washington, DC  20006<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Lucy Yen, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael D. Stone, Esquire<br>Goutam Patnaik, Esquire<br>PEPPER HAMILTON LLP<br>Hamilton Square<br>600 Fourteenth Street, N.W.<br>Washington, DC  20005-2004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*
　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)