**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, INC., a Delaware corporation, INTERDIGITAL TECHNOLOGY CORPORATION, a Delaware corporation, IPR LICENSING, INC., a Delaware corporation, and INTERDIGITAL HOLDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>NOKIA CORPORATION, NOKIA, INC., and MICROSOFT MOBILE OY,<br><br>        Defendants and Counterclaim Plaintiffs. | Civil Action No.: 1:13-cv-00010-RGA<br><br>**JURY TRIAL DEMANDED** |

**INTERDIGITAL'S MOTION TO DISMISS PORTION OF ITS COMPLAINT
PERTAINING TO THE '151 PATENT AND TO DISMISS DEFENDANTS'
DECLARATORY JUDGMENT COUNTERCLAIMS OF NONINFRINGEMENT,
INVALIDITY AND UNENFORCEABILITY RELATING TO THE '151 PATENT
PURSUANT TO FED. R. CIV. P 12(b)(1) AND 12(h)(3)**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), Plaintiffs InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc. and InterDigital Holdings, Inc. (collectively "InterDigital") respectfully move for dismissal of InterDigital's Count I (Infringement of U.S. Patent No. 7,941,151 ("the 151 patent")) and for dismissal of the following counterclaims: Defendants Nokia Corp., Nokia, Inc., and Microsoft Mobile Oy's ("Defendants") Eleventh Counterclaim (Declaration of Non-Infringement); Twelfth Counterclaim (Declaration of Invalidity); and Thirteenth Counterclaim (Declaration of Patent Unenforceability), as they relate to the '151 patent.

The grounds for this motion, which are explained in more detail in InterDigital's accompanying memorandum, are that (1) InterDigital has determined to dismiss Count I against all three Defendants and (2) InterDigital's dismissal of Count I and InterDigital's "Statement of Nonliability and Covenant Not to Sue," (Ex. A) which is concurrently being served on Defendants, eliminates any basis for Defendants' counterclaims related to the '151 patent and divests this Court of subject matter jurisdiction as a matter of law over those counterclaims as they apply to the '151 patent.

Dated: April 23, 2015

/s/ Neal C. Belgam
Neal C. Belgam #2721
SMITH KATZENSTEIN & JENKINS
The Corporate Plaza
800 Delaware Avenue, Suite 1000
Wilmington, Delaware 19899
Telephone: (302) 504-1688
Facsimile: (302) 652-8405
nbelgam@skjlaw.com

*Counsel for Plaintiffs InterDigital Communications, Inc., InterDigital Technology Corporation, IPR Licensing, Inc., and InterDigital Holdings, Inc.*

OF COUNSEL*:*

Ron E. Shulman
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025 USA
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Maximilian A. Grant
Bert C. Reiser
Jonathan D. Link
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Julie M. Holloway
LATHAM & WATKINS LLP
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

David S. Steuer
Michael B. Levin
Maura L. Rees
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811